Nathan JOHNSON, Petitioner–Appellant,

v.

DIRECTOR OF REVENUE,
Respondent–Respondent.

No. 63519.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 1, 1994.

Sandra L. MUEGLER, f/k/a Sandra
L. Payne, Petitioner/Appellant,

v.

James Edward PAYNE,
Respondent/Respondent.

No. 63466.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 1, 1994.

Steven K. Brown, Rosenthal, Brown & Geigerman, St. Louis, for petitioner-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenualt, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Petitioner, Nathan Johnson, appeals from the order of the trial court upholding the suspension of his driver's license for refusing to submit to a chemical test for intoxication.

The order of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value. The order is affirmed. Rule 84.16(b).

Frank Joseph Niesen, Jr., St. Louis, Arthur G. Muegler, Jr., Clayton, for petitioner, appellant.

Lawrence G. Gillespie, Eisen, Gillespie, & Hilton, Webster Groves, for respondent, respondent.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Petitioner wife appeals from the judgment of the Circuit Court of St. Louis County in an action to distribute separate property and divide marital property after the parties' marriage was dissolved in Arizona. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).